# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-07-00263-CV

**In re Keith Rogers**

ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   June 4, 2007